IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CEDRIC ANDERSON**                                                                        **PLAINTIFF**

**v.**                                                                **CIVIL ACTION NO.:** 1:23cv75 TBM-RPM

**DAVID A. BERNIUS AND**
**PAM TRANSPORT, INC.**                                                      **DEFENDANTS**
**************************************************************************************

**COMPLAINT**
(Jury Trial Demanded)

**COMES NOW**, Plaintiff **CEDRIC ANDERSON** (hereinafter "Plaintiff"), by counsel, and files this, *Complaint* against Defendants **DAVID A. BERNIUS** and **PAM TRANSPORT, INC.** for damages arising from a vehicle collision caused by Defendants' negligent actions and/or omissions and shows this Honorable Court the following, to-wit:

**PARTIES**

1. Plaintiff is an adult resident citizen of East Baton Rouge, Parish residing at 1554 South Potwin Drive, Baton Rouge, LA 70810.

2. Defendant, **PAM TRANSPORT, INC.** is a foreign corporation whose principal place of business is within the State of Arizona, and it may be served at 297 West Henri de Tonti Blvd., Tontitown, AR 72770; and

3. Defendant **DAVID A. BERNIUS** is an adult resident citizen of Harrison County, MS, residing at 215 Charles Avenue, Long Beach, MS 39560.

**JURISDICTION and VENUE**

4. This is a claim for Federal law violation, and State law negligence, filed by Plaintiff. These violations caused pain and suffering of Plaintiff on or about March 21, 2020.

5. Venue in this Court is proper pursuant to 28 USC Section 1391(b)(3).

## FACTS

6. At all times relevant herein, Defendant **BERNIUS** was an employee of Defendant **PAM TRANSPORT, INC.**, acting within the scope of his employment with **PAM TRANSPORT, INC**.

7. On or about March 21, 2020, Plaintiff was backing into a parking spot at Love's Truck Stop #383, in Sparta, KY.

8. As Defendant, **BERNIUS**, was backing up, he violently and without warning hit the left front fender of Plaintiff's vehicle.

9. Defendant, **BERNIUS**, negligently failed to keep proper lookout for other vehicles when he was backing up in the parking lot.

10. Defendant, **PAM TRANSPORT, INC.** is vicariously liable for the actions/inactions of its employee, Defendant **BERNIUS**, who was acting within the scope of his employment during the subject collision.

11. The collision caused disabling damages to Plaintiff's vehicle.

12. Further, and as a result of the collision, Plaintiff sustained serious and debilitating injuries.

## CAUSE OF ACTION

### Count 1: Negligence and Negligence Per Se

13. Plaintiff adopts and incorporates by reference each of the preceding paragraphs as if fully set forth herein.

14. At all times relevant to the collision, Defendant possessed a duty of ordinary care while operating his vehicle on the roadway.

15. Defendant **BERNIUS** operated Defendant **PAM TRANSPORT INC.'S** vehicle negligently and in a manner contrary to law by:

    a.  Causing his vehicle to collide with Plaintiff;

    b.  Failing to keep a reasonable and proper lookout as he operated his vehicle;

    c.  Failing to be alert and attentive;

    d.  Failing to keep his vehicle under proper control;

    e.  Operating his vehicle in a careless and imprudent manner without; and

    f.  Any and all other negligent acts and/or omissions which may be shown at the trial of this matter.

16. The above acts constitute common law negligence and negligence per se and were each a proximate cause of the collision in question. The Defendants' breach of the duties owed to Plaintiff was the direct and proximate cause of Plaintiff's injuries.

## Count 2: Res Ipsa Loquitur

17. Plaintiff adopts and incorporates by reference each of the preceding paragraphs as if fully set forth herein.

18. Under the present set of circumstances, Defendants' actions and/or omissions warrant an inference of negligence so as to establish a prima facie case.

19. The mere occurrence of the collision and the resulting injuries, taken with the surrounding circumstances, allow for an inference of negligence against the Defendants because:

    a.  The instrumentality causing the damage was under the exclusive control of the Defendant;

    b.  The collision would not ordinarily have occurred if those in control of the instrumentality had exercised proper care; and

    c.  The collision was not to do any voluntary act on the part of the Plaintiff.

20. Each of the above negligent acts and/or omissions were a direct and proximate cause of

Plaintiff's injuries and support an inference of negligence.

## DAMAGES

21. As a direct and proximate result of the Defendants' negligent acts and/or omissions,

Plaintiff has suffered bodily injury resulting in past, present, and future pain and suffering;

mental anguish; loss of enjoyment of life; past, present, and future medical expenses; lost

wages and loss of earning capacity, and other economic and non-economic damages.

## JURY DEMAND

1.  Plaintiff is entitled to and hereby demands a trial by jury.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, **CEDRIC ANDERSON,** prays

for judgment against Defendants for all damages allowed under the law, including compensatory

damages against the individually named Defendants, any and all damages allowed by State and

Federal law including attorney's fees under 42 U.S.C. §1983, pre-judgment interest, post-judgment

interest, attorney's fees, and all costs of this proceeding with such final amount being at least

$1,000,000 or an aggregate amount well above the jurisdictional amount needed to bring this case

in this Court.

Respectfully submitted, this the _20th_ day of March, 2023.

**CEDRIC ANDERSON, Plaintiff**

**By:**   _/s/ Carlos E. Moore_____
        **Carlos E. Moore, MSB# 100685**

OF COUNSEL:

**THE COCHRAN FIRM – MS DELTA**
306 Branscome Drive
P. O. Box 1487
Grenada, MS 38902-1487
662-227-9940 – phone
662-227-9941 – fax
Email: cmoore@cochranfirm.com

*/s/ Pride J. Doran*_____ ____
Pride J. Doran (will seek admittance Pro Hac Vice)


**DORAN & CAWTHORNE, P.L.L.C.**
529 E. Landry Street (70570)
P.O. Box 2119
Opelousas, LA 70571
Telephone: (337) 948-88
Fax: (337) 948-0098
Email: pride@doranlawfirm.com