# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**CEDRIC ANDERSON**                                                                                   **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 1:23-cv-75-TBM-RPM**

**DAVID A. BERNIUS** *et al.*                                                                     **DEFENDANTS**

## ORDER

This matter came before the Court on the Motion to Dismiss [25] filed by Defendant Carroll Fulmer Logistics Corporation on January 26, 2024. At the hearing on the Motion conducted on May 14, 2024, the Court, having considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions. The Court concluded that the Defendant's Motion to Dismiss [25] is DENIED.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on May 14, 2024, Defendant Carroll Fulmer Logistics Corporation's Motion to Dismiss [25] is DENIED.

This, the 14th day of May, 2024.

                                                       TAYLOR B. McNEEL
                                                  UNITED STATES DISTRICT JUDGE